of the opinion certiorari should be granted. *Thomas H. Dent* for petitioner. *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent.

No. 468. COHEN *v.* UNITED STATES, 342 U. S. 947;

No. 586. OLIN INDUSTRIES, INC., WINCHESTER RE-PEATING ARMS COMPANY DIVISION, *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 919;

No. 601. ERIE FORGE CO. *v.* UNITED STATES, *ante,* p. 930;

No. 625. COLLEGE HOMES, INC. *v.* UNITED STATES, *ante,* p. 941; and

No. 636. BAXTER *v.* NEW YORK, *ante,* p. 928. Petitions for rehearing denied.

No. 252, Misc. SHOTKIN *v.* ATCHISON, TOPEKA & SANTA FE RAILROAD CO. ET AL., *ante,* p. 906. Second petition for rehearing denied.

No. 258, Misc. WALEY *v.* SWOPE, WARDEN, *ante,* p. 942. Rehearing denied.

No. 517. McGEE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* EKBERG.

Argued April 28, 1952. Decided June 9, 1952. *Per Curiam:* The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the petition for